UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

RAFAEL ROSADO,

    Plaintiff,

v.                                                              Case No: 5:13-CV-519-Oc-18PRL

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

## ORDER

THIS CAUSE comes for consideration on Plaintiff Rafael Rosado's appeal of an administrative decision denying his application for Supplemental Social Security Benefits. (*See* Doc. 1.) On January 27, 2015, Magistrate Judge Philip R. Lammens entered a report and recommendation regarding same (Doc. 20), to which Rosado filed objections on February 10, 2015 (Doc. 21). Having reviewed the Report and Recommendation (Doc. 20) and filings in this case, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Philip R. Lammens' Report and Recommendation (Doc. 20) is **APPROVED** and **ADOPTED**.
2. The Commissioner's final decision in this case is **AFFIRMED**.
3. The Clerk of the Court is directed to **ENTER JUDGMENT** accordingly and **CLOSE** the case.

**DONE AND ORDERED** in Orlando, Florida on this ___ day of March, 2015.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record